IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHANEL SUBER | : | CIVIL ACTION |
| v. | : | |
| METHODIST SERVICES | : | NO. 23-4334 |

ORDER

AND NOW, this 15th day of May 2024, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of defendant Methodist Services to dismiss the amended complaint (Doc. # 11) is GRANTED in part and DENIED in part;

(2) Counts I and II are DISMISSED to the extent that plaintiff Chanel Suber alleges that Methodist Services discriminated against her on the basis of her race;

(3) Counts V, VI, and VII are dismissed; and

(4) The motion is otherwise DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                             J.